IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTH DIVISION AT COVINGTON
CASE NO. 2:14-cv-00115

Eastern District of Kentucky
F I L E D
FEB 08 2016
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

JENNIFER WILSON HURST,    PLAINTIFF

v.    *Electronically filed*

SYNCREON, US INC., aka    DEFENDANT
SYNCREON AMERICA, INC.

## AGREED ORDER OF DISMISSAL

Pursuant to this Court's February 1, 2016 Order [Doc. No. 27], the parties herein, by their undersigned counsel, hereby stipulate that this action be dismissed with prejudice and stricken from the docket of this Court. Each party will bear its own costs.

**AGREED:**

s/Suzanne Cassidy, *per email approval 2/5/16*
Suzanne Cassidy (KY 85134)
O'HARA, RUBERG, TAYLOR, SLOAN &
SERGENT
25 Town Center Blvd., Suite 201
Covington, KY 41017
Phone: (859) 331-2000
Fax: (859) 578-3365
scassidy@ortlaw.com

*Attorney for Plaintiff*

s/ Jerry S. Sallee
Jerry S. Sallee, Esq. (OH 0013303)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Phone: (513) 977-8378
Fax: (513) 977-8141
jerry.sallee@dinsmore.com

- and –

Robert C. Rives IV (KY 90526)
DINSMORE & SHOHL LLP
101 S. 5th Street, Suite 2500
Louisville, KY 40202
Phone: (502) 540-2300
Fax: (502) 585-2207
robert.rives@dinsmore.com

*Attorneys for Defendant*

2/8/16



Signed By:
**David L. Bunning**
**United States District Judge**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day, filed electronically via CM/ECF a true copy of the within and foregoing, in the appropriate court of jurisdiction, with notice of same being electronically served by the Court, addressed to the following:

Suzanne Cassidy, Esq.
O'HARA, RUBERG, TAYLOR, SLOAN & SERGENT
25 Town Center Blvd., Suite 201
Covington, KY 41017

This 5th day of February, 2016.

             s/Jerry S. Sallee
             Jerry S. Sallee

10093232.1